IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

REBECCA WALKER ROGERS                                                    PLAINTIFF

v.                              No. 3:15-cv-401-DPM

RICHARD KIRKMAN; KTI LLC, an
Arkansas Limited Liability Company;
STEVE GARVER; KIRKMAN &
WALKER TRANSPORTATION, INC.,
an Arkansas Corporation                                                  DEFENDANTS

ORDER

Rogers's timely amended complaint, FED. R. CIV. P. 15(a)(1)(B), moots Kirkman and KTI's motion to dismiss the original complaint. Their motion, № 6, is denied without prejudice.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

2 February 2016