IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

REBECCA WALKER ROGERS                                      PLAINTIFF

v.                          No. 3:15-cv-401-DPM

RICHARD KIRKMAN; KTI LLC, an
Arkansas Limited Liability Company;
STEVE GARVER; KIRKMAN &
WALKER TRANSPORTATION, INC.,
an Arkansas Corporation                                    DEFENDANTS

## JUDGMENT

The complaint is dismissed with prejudice.

*WPMarshall Jr.*
D.P. Marshall Jr.
United States District Judge

15 November 2016